```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15133
   BILLY LINK
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0092


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/17/2006 and was confirmed 05/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  60.00%.

     The case was dismissed after confirmation 10/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC     11755.11       1116.09       4780.57
CAPITAL ONE AUTO FINANCE  UNSECURED         NOT FILED         .00           .00
CAPITAL ONE AUTO FINANCE  NOTICE ONLY       NOT FILED         .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00          .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE          .00          .00           .00
COUNTRYWIDE HOME LOANS I  NOTICE ONLY       NOT FILED         .00           .00
HARLEY DAVIDSON CREDIT    SECURED VEHIC     20681.37       1785.97       8159.07
HARLEY DAVIDSON CREDIT    UNSECURED            44.25          .00           .00
HARLEY DAVIDSON           NOTICE ONLY       NOT FILED         .00           .00
ORANGE LAKE COUNTRY CLUB  SECURED NOT I     14033.90          .00           .00
ORANGE LAKE COUNTRY CLUB  UNSECURED           710.20          .00           .00
AMERICAN GENERAL FINANCE  UNSECURED         NOT FILED         .00           .00
APPLIED CREDIT BANK       UNSECURED         NOT FILED         .00           .00
ASPIRE VISA               UNSECURED         NOT FILED         .00           .00
CAPITAL ONE AUTO FINANCE  UNSECURED         NOT FILED         .00           .00
CINGULAR                  UNSECURED         NOT FILED         .00           .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED         .00           .00
CROSSING POINTE           UNSECURED         NOT FILED         .00           .00
CROSSING POINTE           UNSECURED         NOT FILED         .00           .00
DELL FINANCIAL SERVICES   UNSECURED          1368.39          .00           .00
DISH NETWORK              UNSECURED         NOT FILED         .00           .00
DRAPER & KRAMER           UNSECURED         NOT FILED         .00           .00
FIRST NATIONAL COLLECTIO  UNSECURED         NOT FILED         .00           .00
HSBC NV                   UNSECURED         NOT FILED         .00           .00
HSBC NV                   UNSECURED         NOT FILED         .00           .00
HSBC NV/ORCHARD           NOTICE ONLY       NOT FILED         .00           .00
ILLINOIS DEPARTMENT       UNSECURED         NOT FILED         .00           .00
MCI COMMUNICATIONS        UNSECURED         NOT FILED         .00           .00
MCI COMMUNICATIONS        NOTICE ONLY       NOT FILED         .00           .00
NATIONAL CITY MORTGAGE    UNSECURED         NOT FILED         .00           .00
NEXTEL COMMUNICATIONS     UNSECURED         NOT FILED         .00           .00
NICOR GAS                 UNSECURED         NOT FILED         .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 15133 BILLY LINK
```

```
ORANGE LAKE COUNTRY CLUB  UNSECURED       NOT FILED            .00              .00
PEOPLES GAS & LIGHT       UNSECURED       NOT FILED            .00              .00
RUSH PRESBYTERIAN EMERG   UNSECURED       NOT FILED            .00              .00
RUSH PRESBYTERIAN EMERG   UNSECURED       NOT FILED            .00              .00
RUSH UNIVERSITY MEDICAL   UNSECURED       NOT FILED            .00              .00
SBC ILLINOIS              UNSECURED       NOT FILED            .00              .00
SBC                       UNSECURED       NOT FILED            .00              .00
SBC MIDWEST               UNSECURED       NOT FILED            .00              .00
SEVENTH AVE               UNSECURED       NOT FILED            .00              .00
MIDLAND CREDIT MANAGEMEN  UNSECURED          977.42            .00              .00
BOSE CORPORATION          UNSECURED       NOT FILED            .00              .00
NATIONWIDE CREDIT COLLEC  UNSECURED       NOT FILED            .00              .00
NATIONWIDE CREDIT & COLL  NOTICE ONLY     NOT FILED            .00              .00
SOUTH PARK DENTAL CARE    UNSECURED       NOT FILED            .00              .00
MIDLAND CREDIT MANAGEMEN  UNSECURED          296.41            .00              .00
DELL FINANCIAL SERVICES   SECURED NOT I      200.00            .00              .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT      354.00            .00           354.00
FIRST PREIMER BANK        UNSECURED       NOT FILED            .00              .00
INTERNAL REVENUE SERVICE  FILED LATE         933.30            .00              .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      3,000.00                          240.98
TOM VAUGHN                TRUSTEE                                          1,212.07
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 17,648.75

PRIORITY                                          354.00
SECURED                                        12,939.64
    INTEREST                                    2,902.06
UNSECURED                                            .00
ADMINISTRATIVE                                    240.98
TRUSTEE COMPENSATION                            1,212.07
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                  17,648.75              17,648.75
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 06 B 15133 BILLY LINK